# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−2 | User: admin | Date Created: 07/31/2012 |
| Case: 12−20447 | Form ID: B18 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
ust       Office of U.S. Trustee        ustpregion01.po.ecf@usdoj.gov
tr        John C. Turner        john@jcturner.net
aty       Joyce Leary Clark, Esq.        jlclark@maine.rr.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Karen Vincent        P. O. Box 1326        Standish, ME 04084
smg       State of Maine        Bureau of Revenue Services        Compliance Division Bankruptcy Unit        P.O. Box 1060        Augusta, ME 04333−1060
1796142   Amazon Card, GECRB        PO Box 103104        Roswell, GA 30076
1796143   Bank of America        P. O. Box 982235        El Paso, TX 79998−2235
1796145   Bank of America Mortgage        475 CrossPoint Pkwy        P.O. Box 9000        Getzville, NY 14068−9000
1796146   Chase Card Services        P.O. Box 15298        Wilmington, DE 19850−5298
1796147   Citibank, N.A.        701 East 60th St. North        Sioux Falls, SD 57117
1796148   Discover Financial Services        P.O. Box 3025        New Albany, OH 43054−3025
1796149   Maine Medical Center        22 Bramhall St.        Portland, ME 04102
1798591   Recovery Management Systems Corporation        25 S.E. 2nd Avenue, Suite 1120        Miami, FL 33131−1605
1796150   TD Bank        P.O. Box 9547        Portland, ME 04112−9547
1796151   U.S. Attorney        100 Middle St., East Tower, 6th Fl.        Portland, ME 04101
1796152   US Dept. of Education        Direct Loan Servicing Center        P. O. Box 5609        Greenville, TX 75403−5609

TOTAL: 13