# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| KAREN VINCENT, ) | Chapter 7 |
| ) | Case No. 12-20447 |
| Debtor. ) | |

## NOTICE OF RESPONSE DATE AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank Trust") has filed its Motion to Reopen Bankruptcy Case, dated October 14, 2021 (the "Motion").

Pursuant to D. Me. LBR Rule 9013-1(i), any interested party must file an appropriate answer or other response to the Motion with the Clerk, United States Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, ME 04101, with copies to counsel for U.S. Bank Trust and other parties in interest, so that the same are received on or before **October 29, 2021**, admitting or denying each allegation of the Motion, and asserting such defenses or other matters as may be required to inform the Court of the scope of the issues raised by the Motion.

The United States Bankruptcy Court will conduct a hearing on the Motion, a copy of which accompanies this notice, on **November 16, 2021, at 9:00 a.m.**

This hearing will be conducted at the United States Bankruptcy Court for the District of Maine located at 537 Congress Street, 2nd Floor, Portland, Maine. If you intend to participate in the hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the hearing.

**If you fail to respond in accordance with this Notice and file a timely answer or other response as required by the Federal Rules of Bankruptcy Procedure and the Maine Bankruptcy Rules, the relief requested may be granted against you by default without further notice or the opportunity for hearing.**

The Hearing may be continued or adjourned from time to time or set for final hearing without further notice to creditors or interested parties other than by the announcement of any new hearing date, time, and place of said Hearing.

Dated at Portland, Maine, this 14th day of October, 2021.

/s/ Adam J. Shub
Adam J. Shub
Counsel for U.S. Bank Trust, N.A, as Trustee
For LSF11 Master Participation Trust

Preti Flaherty, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000
ashub@preti.com