# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| KAREN VINCENT, ) | Chapter 7 |
| ) | Case No. 12-20447 |
| Debtor. ) | |

## ORDER AUTHORIZING MOTION TO REOPEN BANKRUPTCY CASE

Upon consideration of U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust's ("U.S. Bank Trust") Motion to Reopen Bankruptcy Case (the "Motion"), dated October 14, 2021, after due and appropriate prior notice to all interested parties, and,

☐ a hearing thereon being held before me, any timely-filed opposition to the Motion being either withdrawn or overruled at said hearing, for the reasons stated on the record, and for good cause shown, it is hereby

&lt;or&gt;

☐ in the absence of any timely-filed opposition to the Motion, no hearing thereon being necessary, and for good cause shown, it is hereby

### ORDERED, ADJUDGED, AND DECREED

that U.S. Bank Trust's Motion be, and it hereby is, GRANTED; and it is hereby further

### ORDERED, ADJUDGED, AND DECREED

that the Debtor's Chapter 7 case is reopened for further administration; and it is hereby further

### ORDERED, ADJUDGED, AND DECREED

that the United States Trustee is authorized to appoint a chapter 7 trustee to conduct such an investigation and administration.

Dated: _____    `_____

Peter G. Cary, Chief Judge
United States Bankruptcy Court

18235674.1