# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: | ) |
| | ) |
| KAREN VINCENT, | )   Chapter 7 |
| | )   Case No. 12-20447 |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Adam J. Shub, hereby certify that I caused to be served true and correct copies of the following, as indicated below on the Service List, on this date:

- U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust's Motion to Reopen Bankruptcy Case, the Notice of Response Date and Notice of Hearing and a proposed Order, dated October 14, 2021 [D.E. 9];
- Certification for Admission Pro Hac Vice for Thomas J. O'Neill dated October 14, 2021 [D.E. 10];
- Certification for Admission Pro Hac Vice for Michael K. Lane dated October 14, 2021 [D.E. 11]; and
- this Certificate of Service.  All other parties listed on the Notice of Electronic Filing have been served electronically on this date with this Certificate of Service.

All parties listed on the Certificate of Service at D.E. 9 were served as indicated on October 14, 2021.

Dated at Portland, Maine, this 18th day of October, 2021.

/s/ Adam J. Shub
Adam J. Shub
Counsel for U.S. Bank Trust, N.A, as Trustee
For LSF11 Master Participation Trust

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
ashub@preti.com

## Service List

Thomas A. Cox, Esq. *(via U.S. Mail and email)*
PO Box 1314
Portland, ME  04104
tac@twi.net

18251168.1

-2-

Timothy H. Norton, Esq. *(via U.S. Mail and email)*
Kelly, Remmel & Zimmerman
53 Exchange Street
PO Box 597
Portland, ME  04112
tnorton@krz.com

Joyce Leary Clark, Esq. *(via U.S. Mail and email)*
Prescott Jamieson Murphy Law Group
37 Beach Street
PO Box 1190
Saco, ME  04072
joyce@southernmainelaw.com

Reneau J. Longoria, Esq. *(via U.S. Mail and email)*
Doonan, Graves, and Longoria, LLC
100 Cummings Center, Ste 225D
Beverly, MA  01915
rjl@dgandl.com