# Proceeding Minutes / Proceeding Memo

*Case #:* 12-20447  *Case Name:* Karen Vincent
*Set:* 11-23-2021 10:30AM  *Chapter:* 7  *Type:* bk  *Judge:* Peter G Cary
*Matter:* Doc# 9 - U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST'S MOTION TO REOPEN BANKRUPTCY CASE

---

Minute Entry re: (related document(s):[9] Motion to Reopen Chapter 07 Case Filed by Creditor U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust); Appearances: Michael K. Lane, Thomas O'Neill, Thomas Cox, Reneau Longoria. Status Conference held and concluded. (mep)